

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00050-CV

| | | |
|---|---|---|
| GAIL E. AUSTIN AND MARY HEINEN, Appellants | § | On Appeal from the 78th District Court |
| | § | of Wichita County (187,262-B) |
| V. | § | December 14, 2023 |
| M&T BANK, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Gail E. Austin and Mary Heinen shall pay all of the costs of this appeal and that judgment is rendered against Michael Brinkley, the surety on Gail E. Austin and Mary Heinen's supersedeas bond, for the performance of the judgment against Gail E. Austin and Mary Heinen and for any costs taxed against them, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel